# HOFFMAN POLLAND & FURMAN PLLC
Attorneys At Law
220 EAST 42nd STREET, SUITE 435
NEW YORK, NEW YORK 10017
(212) 338-0700
FAX (212) 338-0093
www.HPF-Law.com

March 29, 2010

**By ECF Filing**

Hon. Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Allstate Insurance Company v. Viviane Ettiene, M.D., et al</u>
              Docket No.: CV 09-3582 (SLT)(RLM)

Dear Magistrate Judge Mann:

      We respectfully write to inform the Court that the plaintiff and the Etienne and Tsirlin defendants have resolved the issues underlying the plaintiff's motion to compel (Docket No. 115)(the "Motion"). Plaintiff has agreed to withdraw the Motion without prejudice and the Etienne and Tsirlin defendants have agreed to begin producing documents to plaintiff, on a rolling basis, within 15 days of the date of this letter.

      Your attention to this matter, and your willingness to let the parties reach an accord on their own, has been appreciated.

                                          Respectfully submitted,

                                          Mark L. Furman
                                          (MLF 4456)

cc:      Barry Levy, Esq. (via ECF)