

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com

June 23, 2010

**By ECF Filing**
Honorable Sandra L. Townes
United States Magistrate-Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Allstate Insurance Company v. Viviane Etienne, et al.**
**Docket No.: CV 09-3582 (SLT)(RLM)**

Dear Judge Townes:

As Your Honor is aware, we are counsel to Plaintiff, Allstate Insurance Company ("Allstate") in this matter.

I write to advise the Court that Plaintiff has entered into a confidential settlement agreement with Defendants, S & R Medical, P.C. and Yvette Davidov, M.D., pursuant to which a notice of dismissal pursuant to Rule 41 will be filed in this action relating to the claims against those Defendants once certain specific conditions associated with the agreement are fulfilled, which we expect to occur no later than July 10, 2010. The Court's attention to this request is greatly appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

Barry Levy

cc: Honorable Roanne L. Mann, U.S.M.J.
All counsel via ECF

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com