

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

October 22, 2010

**By ECF Filing**
Honorable Sandra L. Townes
United States Magistrate-Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **Allstate Insurance Company v. Viviane Etienne, et al.
Docket No.: CV 09-3582 (SLT)(RLM)**

Dear Judge Townes:

As Your Honor is aware, we are counsel to Plaintiff, Allstate Insurance Company ("Allstate") in this matter. I write to advise the Court that Plaintiff has entered into a confidential settlement agreement with Defendants, Lee Craig Nagourney, M.D. Amethyst Medical, P.C. and AKO Medical, P.C., pursuant to which a notice of dismissal without prejudice pursuant to Rule 41(a)(1) has been filed in this action. The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

Barry Levy

cc: Honorable Roanne L. Mann, U.S.M.J.
All counsel via ECF

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com