

# RIVKIN RADLER
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

March 3, 2011

**By ECF**
Honorable Roanne L. Mann
United States Magistrate-Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Allstate Ins. Company v. Vivianne Etienne, et al.**
    **Docket No. CV 09-3582 (SLT)(RLM)**

Dear Magistrate Judge Mann:

I write on behalf of counsel for all remaining parties to seek clarification of the discovery schedule in this matter.

On December 7, 2010, counsel for the parties presented a signed stipulation requesting an extension of fact discovery until April 15, 2011 as well as an adjournment of the settlement conference. On December 8, 2010, the Court issued an order granting the application motion and adjourning the settlement conference to May 2, 2011. (See Docket Entry No. 178)   In reviewing the remaining scheduling dates, counsel for the parties realized that an agreement addressing expert discovery has never been reached and believe that there has never been an order entered relating to this issue. As a result, counsel would propose that the Court enter an order providing that in the event that the matter does not settle on May 2, 2011, that (i) expert reports be exchanged by June 31, 2011 and (ii) expert depositions be completed by July 29, 2011.   The Court's attention to this request is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

Barry I. Levy

BIL/lg
cc:  All counsel via ECF

*Handwritten order:* Application granted. (The parties' attention is directed to the Minute Entry of Sept. 21, 2009, D.E. # 37, which deferred the scheduling of expert disclosure until after the settlement conference.) SO ORDERED
/s/ Roanne L. Mann
U.S. Magistrate Judge
Dated: 3/4/11

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495