UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
ALLSTATE INSURANCE COMPANY,                  Docket No.: CV09-3582
                                             (SLT)(RLM)

                              Plaintiff

    -against-

VIVIANE ETIENNE, M.D.,
VIVIANE ETIENNE MEDICAL CARE, P.C.,
V.E. MEDICAL CARE, P.C.,
JAMAICA DEDICATED MEDICAL CARE, P.C.,
JASON SHEVETZ, M.D.,
SEBASTIAN MEDICAL, P.C.,
ACUTE CARE MEDICAL, P.C.,
RICHARD COMINICK BERARDI, JR., D.O.,
ARCO MEDICAL NY, P.C.,
NEOMY MEDICAL, P.C.,
KATH MEDICAL, P.C.,
BILLY NABIL GERIS, M.D.,
JAMAICA MEDICAL PLAZA, P.C.,
SERGE DELALEU, M.D.,
JAMHIL MEDICAL, P.C.,
YVETTE DAVIDOV, D.O.,
S&R MEDICAL, P.C.,
LEE CRAIG NAGOURNEY, M.D.,
AMETHYST MEDICAL, P.C.,
AKO MEDICAL, P.C.,
NIKOLAI LAGODUKE, M.D.,
MEDICAL POLIS, P.C.

(collectively the "Clinic Defendants")

CHOONG KWON KIM, M.D.,
MAGGIE MORR, M.D.,
MARAT TSIRLIN, M.D.

(collectively the "EDX Testing Defendants"),

                              Defendants.
-------------------------------------------------------------------------------

**NOTICE OF APPEARANCE**

     Please take notice that the undersigned hereby appears as counsel of record for non-party deponent Eric Sarkisyant in this matter. All future papers should be served upon me at the address listed below.

                        /s/ Matthew J. Conroy_____
                        Matthew J. Conroy (MC 9014)
                        MATTHEW J. CONROY & ASSOCIATES, PC
                        350 Old Country Road – Suite 106
                        Garden City, NY 11530
                        (516) 248-2425

Dated: April 12, 2011

## CERTIFICATE OF SERVICE

      I, Matthew J. Conroy do hereby certify that a true and accurate copy of the foregoing pleading was served upon all counsel of record by ECF and US Mail 1st Class postage prepaid this 12th day of April 2011.

                                      /s/ Matthew J. Conroy_____
                                      Matthew J. Conroy