UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALLSTATE INSURANCE COMPANY,    Docket No.: CV 09-3582
                                (SLT)(RLM)
                Plaintiff,

-against-

                               **NOTICE OF MOTION**

VIVIANE ETIENNE, M.D., ET AL,

                Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Defendants, respectfully move for an order pursuant to Rule 26 of the Federal Rules of Civil Procedure to preclude Plaintiff's medical expert information from the pleadings for failing to provide a complete statement disclosing the data and information considered by Plainitff's experts as required by Rule 26(a)(2)(B).

Dated: Garden City, New York
       September 20, 2011

                        Yours, etc.

                        BLODNICK, CONROY, FAZIO & DIGLIO, P.C.

                             s/
      By:  Matthew J. Conroy (MC 9014)
            Attorneys for Defendants Richard Dominick Berardi, Jr.,
            D.O., Arco Medical NY, P.C., and Neomy Medical, P.C.
            1325 Franklin Avenue, Suite 555
            Garden City, New York 11530
            516-280-7105
            516-280-7102 Fax
            e-mail: mconroy@bcfdlaw.com

***SERVICE RIDER***

BARRY I. LEVY, ESQ.
RIVKIN RADLER, LLP                                    Attorneys for Plaintiff
926 RXR Plaza
Uniondale, New York 10007
(516) 357-3000

MARK L. FURMAN, ESQ.
HOFFMAN, POLLAND & FURMAN, PLLC
Attorneys for Defendants
Viviane Etienne, MD, Viviane Etienne Medical, P.C.
V.E. Medical Care, P.C., Jamaica Dedicated Medical Care, P.C., and Marat Tsirlin, MD
220 East 42nd Street, Suite 435
New York, New York 10017
(212) 338-0700

RICHARD A. KRASLOW, ESQ.
Attorneys for Defendant
Choong Kwon Kim, M.D.
425 Broad Hollow Road, Suite 206
Melville, New York 11747
(631) 756-8300

Maggie Morr, M.D.
8518 4th Avenue
Brooklyn, New York 11209
(718) 748-5482