

ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com

September 27, 2011

**By ECF**
Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Allstate Insurance Company v. Vivianne Etienne, MD, et al.**
    **Docket No. CV 09-3582 (SLT)(RLM)**

Dear Judge Townes:

I write on behalf of Plaintiff, Allstate Insurance Company ("Allstate") and with the consent of counsel for the Defendants, Richard Dominick Berardi, Jr., D.O., Arco Medical NY, P.C. and Neomy Medical, P.C. (the "Berardi Defendants") to request that the Court schedule a pre-trial conference in accordance with Section IV of Your Honor's Individual Rules. The date for filing letters requesting permission to move for summary judgment has passed, and neither Allstate nor the Berardi Defendants have made such a request. Based on my conversation with Your Honor's chambers from this afternoon, it is our understanding that the date set by Magistrate-Judge Mann to file a joint pre-trial order in this matter (October 5, 2011) is suspended and that the Court will set the actual filing date and outline the requirements at the pre-trial conference.

The Court's attention to this request is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

Barry I. Levy (BL 2190)

cc: Matthew Conroy, Esq. (by ECF)
    Max Gershenoff, Esq.

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495